NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

VS.                                          Criminal Number  1:23-mj-00271

JOSEPH VAGLICA
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA            ☐  RETAINED        ☑  FEDERAL PUBLIC DEFENDER

/s/ *Edward G. Bryan*
_____
                *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Edward G. Bryan Ohio Bar 0055556
_____
                *(Attorney & Bar ID Number)*

Federal Public Defender - Ohio Northern District
_____
                *(Firm Name)*

1660 West Second Street, Suite #750
_____
                *(Street Address)*

Cleveland, OH  44113
_____
*(City)*              *(State)*              *(Zip)*

216-522-4856
_____
                *(Telephone Number)*