# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:23CR429-CKK |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH VAGLICA, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Ashlynn Rotta, enters a Notice of Appearance of Counsel on behalf of Joseph Vaglica in the above-captioned case.  Please add Ashlynn Rotta to the docket as co-counsel for Mr. Vaglica.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Ashlynn Rotta*
ASHLYNN ROTTA
Attorney at Law
Ohio Bar: 0100465
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: ashlynn_rotta@fd.org