# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  23-CR-429-CKK |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH VAGLICA, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendant. | : | |

Undersigned counsel, Lori B. Riga, enters a Notice of Appearance of Counsel on behalf of Joseph Vaglica in the above-captioned case.  Please add Lori B. Riga to the docket as co-counsel for Mr. Vaglica.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org

*/s/ Lori B. Riga*
LORI B. RIGA
Attorney at Law
Ohio Bar: 0066994
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: lori_riga@fd.org