**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  23-CR-429-CKK |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE COLLEEN KOLLAR-KOTELLY |
| | : | |
| vs. | : | |
| | : | **MOTION TO WITHDRAW** |
| JOSEPH VAGLICA, | : | |
| | : | |
| Defendant. | : | |

Undersigned counsel requests to withdraw from the above-captioned case.  The reason for this request is that Defendant, Joseph Vaglica, has retained new counsel.  Attorney Anthony Frank Sabatini recently filed a Notice of Appearance in this case.

Respectfully Submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556

*/s/Ashlynn Rotta*
ASHLYNN ROTTA
Assistant Federal Public Defender
Ohio Bar: 0100465

*/s/ Lori B. Riga*
LORI B. RIGA
Attorney at Law
Ohio Bar: 0066994
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: edward_bryan@fd.org;
ashlynn_rotta@fd.org; lori_riga@fd.org

1